UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK PERRY,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT FOX,<br><br>    Respondent. | No. 2:18-cv-0718-MCE-EFB P<br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 16, 2019, petitioner requested an extension of time to file his objections to the July 24, 2019 findings and recommendations.

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 20) is granted and petitioner has 30 days from the date this order is served to file his objections.

Dated: August 27, 2019.

_[signature]_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE